# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

GENE C. VALENTINE, et al.,

    Plaintiffs,

    v.    CIVIL NO.: 5:07-CV-91

NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC, et al.,

    Defendants.

**FILED**
JUL 2 0 2007
U.S. DISTRICT COURT
WHEELING, WV 26003

# ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Dennis J. Kelly, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER July 20, 2007

                                                          United States District Judge