# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**FILED**

JUL 2 0 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

GENE C. VALENTINE, et al.,

    Plaintiffs,

      v.            CIVIL NO.: *5:07- CV-91*

NATIONAL ASSOCIATION
OF SECURITIES DEALERS, INC, et al.,

    Defendants.

## O R D E R

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Dennis J. Kelly, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: *July 20, 2007*

_____
United States District Judge